## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | | |
|---|---|---|
| MAXWELL D. NALDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | **CIVIL ACTION NO: 3:25-CV-933-** |
| KELSEY A. WALSH, M.D.; GLOBUS | ) | **DPJ-ASH** |
| MEDICAL, INC.; AND GLOBUS | ) | |
| MEDICAL NORTH AMERICA, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

## GLOBUS MEDICAL, INC. AND GLOBUS
## MEDICAL NORTH AMERICA, INC.'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Globus Medical, Inc. and Globus Medical North America, Inc. (collectively, "Globus") move to dismiss the claims against them in Plaintiff Maxwell D. Nalder's Complaint [Doc. 1]. As set forth more fully in Globus's Memorandum in Support, which is incorporated herein by reference, Plaintiff fails to state a claim for relief against Globus.

WHEREFORE, PREMISES CONSIDERED, Defendants Globus Medical, Inc. and Globus Medical North America, Inc. request that the Court dismiss all claims against them in Plaintiff Maxwell D. Nalder's Complaint [Doc. 1].

**RESPECTFULLY SUBMITTED**, this the 30th day of January 2026.

/s/ P. Garner Vance
Michael C. Williams (MSB 104537)
P. Garner Vance (MSB 106706)
R. Craig Mayfield (admitted *Pro Hac Vice*)
BRADLEY ARANT BOULT CUMMINGS LLP

One Jackson Place
188 East Capitol Street, Suite 1000
Jackson, MS 39201
Telephone: (601) 948-8000
E-mail: mcwilliams@bradley.com
E-mail: gvance@bradley.com
E-mail: cmayfield@bradley.com

*Counsel for Defendants Globus Medical, Inc. and Globus Medical North America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the above and foregoing document via the Court's CM/ECF filing system, which sends notification of such filing to all counsel of record.

THIS, 30th day of January 2026.

*/s/ P. Garner Vance*
P. Garner Vance

2