**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **MAXWELL D. NALDER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **VERSUS** | ) | **CIVIL ACTION NO. 3:25-CV-933-** |
| | ) | **DPJ-ASH** |
| | ) | |
| **KELSEY A. WALSH, M.D.,** | ) | |
| **GLOBUS MEDICAL, INC. and** | ) | |
| **GLOBUS MEDICAL NORTH** | ) | |
| **AMERICA, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS, GLOBUS MEDICAL, INC. and GLOBUS MEDICAL NORTH AMERICA, INC.'S, MOTION TO DISMISS**

---

COMES NOW Plaintiff, Maxwell D. Nalder ("Plaintiff"), and files his Response in Opposition to Defendants Globus Medical, Inc. and Globus Medical North America, Inc.'s Motion to Dismiss (Doc. 13). In support of his opposition, Plaintiff submits an accompanying Memorandum in Support.

Dated: February 26, 2026.

Respectfully submitted,

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY: */s/ Walter C. Morrison, IV*
     **Walter C. Morrison, IV (MSB NO. 9653)**
     240 Trace Colony Park Drive, Suite 100
     Ridgeland, Mississippi 39157
     Telephone:  (601) 933-2054
     Facsimile: (504) 528-9973
     E-mail:  wmorrison@gainsben.com
     *Attorney for Plaintiff, Maxwell D. Nalder*

## CERTIFICATE OF SERVICE

I, Walter C. Morrison, IV, hereby certify that on February 26, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/Walter C. Morrison, IV
**WALTER C. MORRISON, IV**